WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Steven Adgate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00198-MCE-10 |
| ) | |
| Plaintiff, ) | **WAIVER OF DEFENDANT'S** |
| ) | **PERSONAL APPEARANCE** |
| v. ) | |
| ) | |
| STEVEN ADGATE, ) | |
| ) | |
| Defendant. ) | |

Defendant STEVEN ADGATE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

///
///
///
///

Case 2:12-cr-00198-MCE   Document 816   Filed 01/21/16   Page 2 of 3

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial on any day which the Court may fix in his absence.

Dated:  January 19, 2016  /s/ Steven Adgate

                                                                 STEVEN ADGATE
                                                                 Defendant

I agree with and consent to my client's waiver of appearance.

Dated:  January 19, 2016  /s/ William J. Portanova

                                                                 WILLIAM J. PORTANOVA
                                                                 Attorney for Defendant Steven Adgate

**IT IS SO ORDERED.**

Dated:  January 20, 2016

                                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                                UNITED STATES DISTRICT COURT

2

WAIVER OF APPEARANCE – CASE NO. 2:12-CR-00198-MCE