WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Steven Adgate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00198-MCE-10 |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| STEVEN ADGATE, | Date:  May 12, 2016 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant Steven Adgate, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for May 12, 2016, at 9:00 a.m. be continued to June 2, 2016, at 9:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | June 02, 2016 |
| Reply or Statement of Non-Opposition: | May 26, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | May 19, 2016 |

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00198-MCE-10

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | May 12, 2016 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | May 05, 2016 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel: | April 21, 2016 |

This continuance is necessary to allow counsel to discuss certain issues relating to the Pre-Sentence Report.

**IT IS SO STIPULATED.**

Dated:  March 29, 2016                                        /s/ William J. Portanova

                                                                                   _____
                                                                                   WILLIAM J. PORTANOVA
                                                                                   Attorney for Steven Adgate

Dated:  March 29, 2016                                        /s/ Richard Bender

                                                                                   _____
                                                                                   RICHARD BENDER
                                                                                   Assistant United States Attorney

      **IT IS SO ORDERED.**

Dated:  April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00198-MCE-10