WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
Steven Adgate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN ADGATE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:12-CR-00198-MCE-10 <br><br> **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** <br><br> Date:  June 2, 2016 <br> Time:  10:00 a.m. <br> Judge:  Hon. Morrison C. England, Jr |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant Steven Adgate, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for June 2, 2016, at 10:00 a.m. be continued to July 7, 2016, at 10:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | July 7, 2016 |
| Reply or Statement of Non-Opposition: | June 22, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | June 15, 2016 |

STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING
2:12-CR-00198-MCE-10

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | June 8, 2016 |
| Government's Response to Counsel's Written Objections Shall be Delivered to the Probation Officer and Opposing Counsel | June 1, 2016 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel: | May 27, 2016 |

This continuance is necessary to allow counsel to discuss certain issues relating to the Pre-Sentence Report. The Pre-Sentence Report filed as final on May 12, 2016 is deemed to be a DRAFT Pre-Sentence Report. The final Pre-Sentence Report shall be filed on June 8, 2016.

**IT IS SO STIPULATED.**

Dated:  May 25, 2016           /s/ William J. Portanova
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　Attorney for Steven Adgate

Dated:  May 25, 2016           /s/ Richard Bender
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　RICHARD BENDER
　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  May 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE