PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00198-MCE |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| STEVEN ORTEGA, JR., and STEVEN ADGATE, | |
| Defendants. | |

On or about February 11, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Steven Ortega, Jr. forfeiting to the United States the following property:

    a.    Approximately $41,820.00 in U.S. Currency;

    b.    Approximately $23,437.76 seized from U.S. Bank Account 1-534-9727-8140, held in the name of Steven G. Ortega Jr. dba Trend Setterz Custom;

    c.    2012 Eliminator Speedster Boat, VIN: ELBA0131G112, California Vessel Number CF0818RR;

    d.    2012 Extreme Carrier Trailer, VIN: 5DBUP28381R000028, California License: 4LU8888;

    e.    Assorted Jewelry Valued at Approximately $32,000;

    f.    2011 Harley Davidson Road Glide Touring Motorcycle, VIN: 1HD1KH435BB605168, California License: 20M0719; and

    g.    2011 Harley Davidson Road Glide Touring Motorcycle,

1

VIN: 1HD1KH431BB627068, California License: 20M5789.

On or about February 25, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Steven Adgate forfeiting to the United States the following property:

    a.    2012 Eliminator Speedster Boat, VIN: ELBA0131G112, California Vessel Number CF0818RR; and

    b.    2012 Extreme Carrier Trailer, VIN: 5DBUP28381R000028, California License: 4LU8888.

Beginning on February 12, 2016 (Ortega, Jr.) and March 2, 2016 (Adgate), for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

    a.    Andrea Vickery
    b.    Harley Davidson Credit Corporation
    c.    Redwood Credit Union
    d.    Baron's Jewelers
    e.    Eaglemark Savings Bank
    f.    Kier Beckner
    g.    Redwood Credit Union

On April 18, 2016, Baron's Jewelers filed a petition stating they have a lien holder interest in one of the items within the Assorted Jewelry Valued at Approximately $32,000.  The Court ruled the claim ineffective on May 9, 2016 and the United States has no plans to forfeit the asset claimed by Baron's Jewelers. [ECF 1086].

On July 13, 2016, Redwood Credit Union filed a petition stating they have a lien holder interest in the 2012 Eliminator Speedster Boat and the 2012 Extreme Carrier Trailer.  As of July 12, 2016, the outstanding balance due and owing on the loan was $39,098.94.  Interest will accrue at a rate of $5.8328 per diem from July 12, 2016.

Upon entry of this Final Order of Forfeiture forfeiting the 2012 Eliminator Speedster Boat

and the 2012 Extreme Carrier Trailer to the United States herein, the U.S. Marshals Service shall sell the boat and trailer in the most commercially feasible manner, as soon as reasonably possible, for the maximum price. Defendant Steven Adgate and Elizabeth Adgate agree to execute promptly any documents that may be required to complete the sale of the boat and trailer.

The Court has been advised that no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interests of Steven Ortega, Jr., Steven Adgate, Elizabeth Adgate, Andrea Vickery, Harley Davidson Credit Corporation, Redwood Credit Union, Baron's Jewelers, Eaglemark Savings Bank, and Kier Beckner, whose rights to the below-listed property are hereby extinguished:

   a. Approximately $41,820.00 in U.S. Currency;
   b. Approximately $23,437.76 seized from U.S. Bank Account 1-534-9727-8140, held in the name of Steven G. Ortega Jr. dba Trend Setterz Custom;
   c. 2012 Eliminator Speedster Boat, VIN: ELBA0131G112, California Vessel Number CF0818RR;
   d. 2012 Extreme Carrier Trailer, VIN: 5DBUP28381R000028, California License: 4LU8888;
   e. Assorted Jewelry Valued at Approximately $32,000, except for the 2.05 carat diamond engagement ring;
   f. 2011 Harley Davidson Road Glide Touring Motorcycle, VIN: 1HD1KH435BB605168, California License: 20M0719; and
   g. 2011 Harley Davidson Road Glide Touring Motorcycle, VIN: 1HD1KH431BB627068, California License: 20M5789

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Upon the sale of the 2012 Eliminator Speedster Boat and the 2012 Extreme Carrier Trailer, the net sale proceeds, less any storage fees, maintenance fees, disposal costs and auctioneer fees, will be divided as follows:

   a. To claimant Redwood Credit Union: Total principal balance due and owing

at the time of sale as allowed in the note. As of July 12, 2016, the outstanding balance was $39,098.94. Interest will accrue at a rate of $5.8328 per diem from July 12, 2016.

    b.    To the United States of America: The remainder of the net sale proceeds. All right, title, and interest in said funds shall be substituted for the 2012 Eliminator Speedster Boat and the 2012 Extreme Carrier Trailer and forfeited to the United States pursuant to 21 U.S.C. § 853(a), to be disposed of according to law.

5. Within 60 days of this Final Order of Forfeiture, the 2.05 carat diamond engagement ring will be returned to Baron's Jewelers.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE